**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ronald L McFeaters<br>                    Debtor<br>Natalie Lutz Cardiello, Esquire<br>                    Movant<br>v.<br>PENNYMAC LOAN SERVICES, LLC<br>                    Respondent | Chapter 7 Proceeding<br><br>17-22775 GLT |

**RESPONSE TO CHAPTER 7 TRUSTEE'S**
**APPLICATION TO EMPLOY (2)BK GLOBAL REAL ESTATE SERVICES AND JAMES KEFFALAS AS REALTOR**

AND NOW, comes PENNYMAC LOAN SERVICES, LLC (Respondent) by and through its counsel, POWERS, KIRN & ASSOCIATES, LLC, (Jill Manuel-Coughlin, on behalf of the firm), and hereby Objects/Responds to Application to Employ (2)BK Global Real Estate Services and James Keffalas as Realtor and avers the following:

1. Denied as stated. By way of further response, on 11/14/2017, this Court entered an Order Granting Respondent Relief from the Automatic Stay to proceed with its Foreclosure action against the property located at 102 Ethan Hill Drive, Harrisville, PA 16038.
2. Denied.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted in part, Denied in part. Respondent admits that there is no equity in the Property. By way of further response, Respondent filed its Motion for Relief on 10/17/2017 indicating a current amount due on this account as of 9/18/2017 in the amount of $171,951.24.
8. Denied. Respondent does not Consent nor agree to pay the Trustee, any realtors, or other parties for any Sale of the mortgaged property where there is clearly no equity in the property and it will not be paid its full amount due. The Trustee's need to sell the Property for a reduced payoff is not acceptable to Respondent in as much as it is proceeding with an imminent Sheriff's Sale of the Property.
9. Denied. On 10/17/2017, this Court granted Respondent Relief from the Automatic Stay to proceed with its Foreclosure Action.

10. Denied. On 10/17/2017, this Court granted Respondent Relief from the Automatic Stay to proceed with its Foreclosure Action.

11. Denied. Strict Proof of hereby demanded at the time of the hearing.

12. Denied. Strict Proof of hereby demanded at the time of the hearing.

13. Denied. Respondent does not consent to payment of any compensations, broker fees, or any fees other than the Sheriff's costs for conducting a judicial foreclosure of the Property.

14. The allegations of this paragraph do not pertain to Respondent. To extent that a response is required, Respondent hereby denies same.

15. The allegations of this paragraph do not pertain to Respondent. To extent that a response is required, Respondent hereby denies same.

WHEREFORE, Respondent respectfully requests the Honorable Court ORDER:

The Chapter 7 Trustee's Application to Employ (2)BK Global Real Estate Services and James Keffalas as Realtor relating to the property located at 102 Ethan Hill Drive, Harrisville, PA 16038 is DENIED.

RESPECTFULLY SUBMITTED,
POWERS, KIRN & ASSOCIATES, LLC

**/s/ Jill Manuel-Coughlin, Esquire**
POWERS, KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
jill@pkallc.com/ harry.reese@pkallc.com
Attorney for Respondent/ 17-0104
Date: November 22, 2017