# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ronald L McFeaters<br>                Debtor | Chapter 7 Proceeding<br><br>17-22775 GLT |
| Natalie Lutz Cardiello, Esquire<br>                Movant<br>v.<br>PENNYMAC LOAN SERVICES, LLC<br>                Respondent | |

## **ORDER**

Upon consideration of the Application to Employ (2)BK Global Real Estate Services and James Keffalas as Realtor and PENNYMAC LOAN SERVICES, LLC's Objection to the same, it is hereby ORDERED AND DECREED that the Chapter 7 Trustee's Application to Employ (2)BK Global Real Estate Services and James Keffalas as Realtor relating to the property located at 102 Ethan Hill Drive, Harrisville, PA 16038 is hereby DENIED
.

                                                                       _____<br>
                                                                       Gregory L. Taddonio<br>
                                                                       United States Bankruptcy Judge