IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22775-GLT |
| | : | |
| RONALD L MCFEATERS | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## MOTION TO CONTINUE HEARING

AND NOW COMES Natalie Lutz Cardiello, Esquire, Trustee for the Estate of the above named Debtor ("Movant"), by and through her undersigned counsel, and files this Motion to Continue Hearing, stating in support thereof of as follows:

1. This case was commenced by the filing of a Voluntary Petition on July 06, 2017.

2. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334.

3. This is a core proceeding within the meaning of 28 U.S.C. Section 157.

4. Movant is the duly appointed, qualified and acting Trustee in this matter.

5. On November 20, 2017, the Trustee filed an Application to Retain BK Global Real Estate Services and James Keffalas Real Estate to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330 ("Application").

6. On December 8, 2017, Pennymac Loan Services, LLC ("Pennymac") filed its Response to Chapter 7 Trustee's Application to Employ BK Global Real Estate Services and James Keffalas as Realtor.

7. The Trustee believes that Pennymac is willing to entertain a short sale, but that said willingness has not been communicated to counsel for Pennymac.

8. The Trustee and Pennymac are working to resolve this matter, and wish to continue this matter for 30 days.

WHEREFORE, the Trustee requests that this Honorable Court enter an Order continuing the hearing scheduled for December 18, 2017 for thirty days, to a date and time convenient for the Court.

Dated:  December 14, 2017					Respectfully submitted,

/s/ Natalie Lutz Cardiello
Natalie Lutz Cardiello, Esquire
Counsel to the Trustee
PA ID #51296
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net