IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22775-GLT |
| | : | |
| RONALD L MCFEATERS | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee  Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE OF WITHDRAWAL

To: Michael R. Rhodes, Clerk of Courts

  PLEASE TAKE NOTICE that the Trustee withdraws her Motion to Continue Hearing filed on December 14, 2017.

Dated: December 15, 2017        Respectfully submitted,

                */s/Natalie Lutz Cardiello*
                Natalie Lutz Cardiello, Trustee
                107 Huron Drive
                Carnegie, PA 15106
                (412) 276-4043
                ncardiello@comcast.net
                PA ID# 51296