FILED
12/18/17 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22775-GLT |
| RONALD L MCFEATERS | : | Chapter 7 |
| *Debtor* | : | Related Dkt. No.48 and 49 |
| Natalie Lutz Cardiello, Trustee Movant | : | |
| v. | : | |
| No Respondent | : | |

### NOTICE OF WITHDRAWAL

To: Michael R. Rhodes, Clerk of Courts

PLEASE TAKE NOTICE that the Trustee withdraws her Motion to Continue Hearing filed on December 14, 2017.

Dated: December 15, 2017                         Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net
PA ID# 51296

SO ORDERED this 18th day of December 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT